■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID C. READ, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR ROBINSON, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND R. VOGEL, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN VETTER, Appellant.— Dean H. Higgins, Esq., of Buffalo assigned as attorney to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD JOHN SIMARI, Appellant.— Motion granted and time for argument of appeal enlarged to include November 1959 Term.

(September 23, 1959)

■ GIOVANNA GALLO, Respondent, v. AMALGAMATED INSURANCE FUND, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Oneida Special Term denying defendant's motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice.) Present— Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.